In the Matter of FRANK G., Appellant, v RENEE P-F. et al.,
Respondents. (Proceeding No. 1.)

In the Matter of RENEE P-F., Respondent, v FRANK G., Appellant. (Proceeding No. 2.)

In the Matter of JOSEPH P., Respondent, v FRANK G., Appellant. (Proceeding No. 3.)

Submitted October 24, 2016; decided November 17, 2016

Reported below, 2016 NY Slip Op 86992(U).

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the proceedings within the meaning of the Constitution. Motion for a stay dismissed as academic.

DAVID FRIEDMAN, Appellant, v THE HEBREW HOME FOR THE AGED
AT RIVERDALE, Respondent.

Submitted July 5, 2016; decided November 17, 2016

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution (*see Kushlin
v Bialer*, 26 NY2d 748 [1970]).

DAVID FRIEDMAN, Appellant, v THE HEBREW HOME FOR THE AGED
AT RIVERDALE, Respondent.

Submitted July 25, 2016; decided November 17, 2016

Motion by New Yorkers for Patient & Family Empowerment
et al. for leave to appear amici curiae on the motion for leave
to appeal herein granted and the brief is accepted as filed.

DAVID FRIEDMAN, Appellant, v THE HEBREW HOME FOR THE AGED
AT RIVERDALE, Respondent.

Submitted July 25, 2016; decided November 17, 2016